1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000

7  Attorneys for United States of America

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,          )
                                       )
12        Plaintiff,                    )     No. C:06-3912-SI
                                       )
13        v.                           )
                                       )     **APPLICATION BY UNITED STATES**
14 GWENDOLYN A. EWING                  )     **TO RESCHEDULE CASE**
                                       )     **MANAGEMENT CONFERENCE AND**
15        Defendant.                    )     **[PROPOSED] ORDER**
   _____ )                              12/1/06
16                                           Date: November 17, 2006
                                             Time: 2:00 p.m.
17                                           Place: Courtroom 10, 19th Floor,
                                                    Federal Building
18

19     Plaintiff, United States of America, respectfully requests that this Court continue the case

20 management conference currently scheduled for September 22, 2006 at 2:00 p.m., to November

21 17, 2006 at 2:00 p.m.

22     The reason for this request is that Counsel for the United States has received information

23 from the Internal Revenue Service that may result in the dismissal of this action.  Counsel for the

24 United States requests a  continuance of the case management conference in order to verify this

25 information to determine whether this case should be dismissed.

26

27                                 Respectfully submitted,

28                                 KEVIN V. RYAN

1
United States Attorney

2

3    Dated: September 7, 2006                    /s/ Cynthia Stier
                                                 CYNTHIA STIER
4                                                Assistant United States Attorney
                                                 Attorneys for the United States
5

6

7                          **ORDER**

8

       **IT IS FURTHER HEREBY ORDERED** that the case management conference date
9                              December 1
   currently scheduled for ~~September 22, 2006, at 2:00 p.m.~~ is continued to November 17, 2006, at
10

11  2:00 p.m.

12  Dated:_____       _____

13                              THE HONORABLE SUSAN ILLSTON
                                UNITED STATES DISTRICT  JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application by US to Reschedule
CMC and [Proposed] Order, C:06-3912-SI

                              2